# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 16, 2014

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 12-11389-EE
Case Style: USA v. Ramiko Moncur
District Court Docket No: 1:10-cr-20801-JAG-4

The enclosed order has been entered on petition(s) for rehearing.

See Rule 41, Federal Rules of Appellate Procedure, and Eleventh Circuit Rule 41-1 for information regarding issuance and stay of mandate.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall, EE/dc/
Phone #: (404) 335-6224

REHG-1 Ltr Order Petition Rehearing