UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 12-11389
_____

District Court Docket No.
1:10-cr-20801-JAG-4

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

versus

RAMIKO JERMAINE MONCUR,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the
Southern District of Florida

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: March 05, 2014
For the Court: John Ley, Clerk of Court
By: Djuanna Clark

Mandate Issued:
June 30, 2014